DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBY J. NAPIER** a/k/a **ROBERT NAPIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2060

[December 20, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 94-3817CFB02.

Bobby J. Napier, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***